

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00608-CV

**MIDWAY AUSTIN HIGHWAY PARTNERS, LP**; Midway Companies, Bradley R. Freels,
and E.R. "Bo" Sanford,
Appellants

v.

**SIETE ACRES, LLC**,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11965
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The Parties' Joint Motion to Suspend Appeal is GRANTED. The time is extended to
January 13, 2017, for parties to finalize the necessary settlement documents and submit a formal
mediation report with this Court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court